IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01875-RPM-MJW

ROBERTA REDFORD,

   Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

   Defendant.

---

## ORDER GRANTING LEAVE TO APPEAR AT SCHEDULING CONFERENCE BY TELEPHONE CONFERENCE CALL
( Docket No. 10 )

---

THE COURT having reviewed the Stipulated Joint Motion for Leave to Appear At Scheduling Conference By Telephone Conference Call, pursuant to D.C.COLO.LCivR 7.1, and being fully advised in the premises, DOES HEREBY ORDER that counsel for plaintiff Roberta Redford and counsel for defendant NCO Financial Systems, Inc. be and the same are hereby granted leave to appear by telephone conference call at the Fed. R. Civ. P. Rule 16(b) scheduling conference set for October 24, 2008 in the above-captioned civil action. Plaintiff shall initiate the conference call. The court's phone number is (303) 844-2403.

BY THE COURT:

October 20, 2008
DATE

U.S. MAGISTRATE JUDGE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO